JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AUDREY TURNER, INDIVIDUALLY, And as Personal Representative of FELICIA TAYLOR, ALICIA TAYLOR, DERRICK HOOPER, TANISHA HARRIS, MAURICE BARKSDALE, DEWAYNE CURRY, AUDREY TAYLOR, ELLIOT JONES JR., TAWANNA CURRY, CHARLES ROBERT TAYLOR, and A. T., a minor by, AUDREY TURNER, her guardian ad litem,<br><br>    Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, and DOES 1 though 100, inclusive<br><br>    Defendants. | Case No. 2:08-CV-8166 SJO (MANx)<br>Hon. S. James Otero<br>Courtroom 880<br><br>**JUDGMENT**<br><br>Date Action Filed: October 29, 2008 |

1  This action was set for hearing before the Honorable S. James Otero on
2 June 1, 2009, on a Motion for Judgment on The Pleadings by SMITHKLINE
3 BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") as to the First
4 Amended Complaint of Plaintiffs Audrey Turner, Individually, and as Personal
5 Representative of Felicia Taylor, Alicia Taylor, Derrick Hooper, Tanisha Harris,
6 Maurice Barksdale, DeWayne Curry, Audrey Taylor, Elliot Jones, Jr., Tawanna
7 Curry, Charles Robert Taylor, and A.T., a minor by, Audrey Turner, her guardian ad
8 litem ("Plaintiffs"). The pleadings and issues presented having been fully
9 considered, and a decision having been duly rendered,

10  IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the
11 action be dismissed with prejudice and that Defendant GSK recover its costs.

13  **IT IS SO ORDERED.**
14  **June 25, 2009**
15  Dated: _____   By: _____
16                                       Hon. S. James Otero
                                         United States District Court Judge

LA01/ 324361.1    2

**LAW OFFICES**
DRINKER BIDDLE &
REATH LLP
Los Angeles

[PROPOSED] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA01/ 324361. 1